ROY PINTO *v.* B. C. HARDWARE SUPERIOR
PRODUCTS ET AL.
(12937)

DUPONT, C. J., and HEIMAN and SPEAR, Js.

Submitted on briefs September 16—decision released October 4, 1994

*James M. Hughes* filed a brief for the appellants (defendants).

*Edward D. O'Brien* filed a brief for the appellee (plaintiff).

PER CURIAM. The decision of the compensation review board is affirmed.